Nathan Brown (State Bar No. 033482)
Brown Patent Law
15100 N 78th Way, Suite 203
Scottsdale, AZ 85260
Phone: 602-529-3474
E-mail: Nathan.Brown@BrownPatentLaw.com

*Attorney for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Laraine Wood, individually and on behalf of a class of all persons and entities similarly situated, | Case No. 21-cv-01176 |
| Plaintiff, | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| American Automotive Alliance, LLC | |
| Defendant. | |

The plaintiff files this notice of dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) of all claims against the defendant.

1 | Dated:  September 1, 2021                              Respectfully Submitted,

2 |                                                        */s/ Nathan Brown*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28